UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

THOMAS FREDERICK SCHMIDT SR.,   Case No. 17-24514-BKC-EPK
                                Chapter 7
    Debtor,
_____/

WALMOL HOLDINGS, LLC, MARC SPORN   Adversary Case No. 18-01102-BKC-EPK
and MEDI BIOTECH, LLC,

    Plaintiffs,

vs.

THOMAS FREDERICK SCHMIDT SR.,

    Defendant.
_____/

**DEFENDANT'S AMENDED DISCLOSURE OF EXPERT WITNESSES**

Pursuant to the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3], Defendant, Thomas Frederick Schmidt, Sr. ("Defendant") hereby submits his Amended Expert Witness Disclosures:

1. Richard Dotson, CPA/ABV, CFF
   RMD Forensics
   2005 West Cypress Creek Road, Suite 104c
   Fort Lauderdale, Florida 33309
   Phone No.: (954) 328-6361

2. All witnesses and experts on the Plaintiffs' witness list to the extent not objected to by the Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of May, 2019, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Respectfully submitted,

**MARSHALL GRANT, PLLC**
*Counsel for Defendant*
197 South Federal Highway, Suite 200
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email: jgrant@marshallgrant.com

By: /s/ Joe M. Grant
       JOE M. GRANT
       Florida Bar No. 137758

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE:**

Nathan G. Mancuso, Esquire on behalf of Plaintiffs; ngm@mancuso-law.com