UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

THOMAS FREDERICK SCHMIDT SR.,   Case No. 17-24514-BKC-EPK
                                Chapter 7
    Debtor,
_____/

WALMOL HOLDINGS, LLC, MARC SPORN   Adversary Case No. 18-01102-BKC-EPK
and MEDI BIOTECH, LLC,

    Plaintiffs,

vs.

THOMAS FREDERICK SCHMIDT SR.,

    Defendant.
_____/

## DEFENDANT'S AMENDED PRETRIAL DISCLOSURES

Defendant, Thomas Frederick Schmidt Sr. ("Defendant"), by and through undersigned counsel and pursuant to Federal Rules of Bankruptcy Procedure 7026 (incorporating Fed. R. Civ. P. 26(a)(3)(A)), Local Rule 7026-1(A), and the Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [D.E. 3], hereby provides their pretrial disclosures as follows:

    I.    **Defendant's Trial Witnesses:**

    A.    **Thomas Frederick Schmidt Sr.**
        c/o Marshall Grant, PLLC
        197 South Federal Highway, Suite 200
        Boca Raton, FL 33432
        Phone No.: (561) 361-1000

    B.    **Walmol Holdings, LLC**
        c/o Mancuso Law, P.A.
        7777 Glades Road, Suite 100
        Boca Raton, FL 33434
        Phone No.: (561) 245-4705

    C.    **Marc Sporn**
c/o Mancuso Law, P.A.
7777 Glades Road, Suite 100
Boca Raton, FL 33434
Phone No.: (561) 245-4705

    D.    **Medi Biotech, LLC**
c/o Mancuso Law, P.A.
7777 Glades Road, Suite 100
Boca Raton, FL 33434
Phone No.: (561) 245-4705

    E.    **Alicia L. Loy**
c/o Schmidt Auto Sales, Inc.

    F.    **Richard Dotson, CPA/ABV, CFF**
RMD Forensics
2005 West Cypress Creek Road, Suite 104c
Fort Lauderdale, Florida 33309
Phone No.: (954) 328-6361

    G.    Plaintiff reserves the right to cross-examine any witnesses called by Defendant at trial.

## II. Defendant's Trial Exhibits:

| Ex. | Date | Description |
|---|---|---|
| 1. | 01/18/17 | Communications between Beaver Properties, Inc. and Walmol Holding |
| 2. | 02/14/17 | Communications between Tom Schmidt and Ove.com |
| 3. | - | Communications between Tom Schmidt and Next Gear Capital (February 2017 through March 2017) |
| 4. | - | Communications between Tom Schmidt and Lawer Josh (February 2017) |
| 5. | 06/02/17 | Communications between Beth Vickery and Patrick Branner |
| 6. | - | Communications between Defendant, Doris Harrigan, Madison Read, Peter Harrigan, Martina Beckers (June 2017) |
| 7. | - | Communications between Joshua Fisher and Defendant (July 2017 through August 2017) |
| 8. | 09/01/15 | Communications between Tom Schmidt and Evan Manevitch |
| 9. | 04/24/18 | Communications between Tom Schmidt and Bank of America |
| 10. | - | Communications between Tom Schmidt and Mark Sporn (February 2017 through October 2017) |
| 11. | 08/03/16 | Correspondence from Ron Berman |

| | | |
|---|---|---|
| 12. | 11/18/17 | Correspondence from Richard Pollock CPA P.A. |
| 13. | 09/28/15 | Correspondence from Schmidt Auto Sales, Inc. to Jay Donoho |
| 14. | 11/15/16 | Correspondence and Check re: settlement agreement with Auto Trader |
| 15. | 02/27/17 | Upcoming Curtailments / Maturity Report (Schmidt Auto Sales) |
| 16. | - | Manheim Documents |
| 17. | 12/15/15 | Joint Venture Agreement |
| 18. | 06/12/15 | Schmidt Auto Sales, Inc.'s License Certificate |
| 19. | - | Schmidt Auto Sales, Inc.'s 2016 Florida Annual Resale Certificate for Sales Tax |
| 20. | - | Schmidt Auto Sales, Inc. state of Florida Department of Highway Safety and Motor Vehicles – Voluntary Relinquishment of License |
| 21. | 09/25/15 | Florida Office of Financial Regulation – Filing Confirmation |
| 22. | - | Schmidt Auto Sales Profit & Loss (2017) |
| 23. | - | Schmidt Auto Sales General Ledger (2015 through 2017) |
| 24. | - | Schmidt Auto Sales Vendor Balance Detail (2017) |
| 25. | - | Tom Schmidt Tax Returns |
| 26. | - | Schmidt Auto Sales Tax Returns |
| 27. | - | Checks (October 2015 through March 2017) |
| 28. | - | Schmidt Auto Sales American Express Credit Card Statements (January 1, 2016 through December 31, 2016) |
| 29. | - | Schmidt Auto Sales Bank of America Statements, Ending 6929 (January 1, 2015 through August 31, 2017) |
| 30. | - | Schmidt Auto Sales Bank of America Statements, Ending 8908 (April 1, 2016 through January 31, 2015) |
| 31. | - | Schmidt Auto Sales Bank of America Statements, Ending 4122 (January 1, 2015 through December 31, 2017) |
| 32. | - | Schmidt Auto Sales, Inc.'s Quickbooks Records |
| 33. | - | Deal Jackets |
| 34. | - | Payments to Sporn |
| 35. | - | Payments to Walmol Holdings and Medibiotech, LLC |
| 36. | - | Tracing of Deal Jackets to QuickBooks |
| 37. | - | Analysis of Deal Jackets |
| 38. | 05/08/19 | Amended Expert Report of Richard Dotson, CPA/ABC, CFF |
| 39. | - | All court filings in this matter |

40. - All exhibits listed on Plaintiffs' Exhibit Register
41. - All documents exchanged between the parties in discovery
42. - Defendant reserves the right to supplement this list based upon Plaintiffs' Exhibit List

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of June, 2019, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    Respectfully submitted,

    **MARSHALL GRANT, PLLC**
    *Counsel for Defendant*
    197 South Federal Highway, Suite 200
    Boca Raton, Florida  33432
    Telephone No. 561.361.1000
    Facsimile No. 561.672.7581
    Email: jgrant@marshallgrant.com

    By:   /s/ Joe M. Grant
        JOE M. GRANT
        Florida Bar No. 137758

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE:**

Nathan G. Mancuso, Esquire on behalf of Plaintiffs; ngm@mancuso-law.com